AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) <br><br> JARVIS, JAMES H | 2. Court or Organization <br><br> Eastern District of Tennessee | 3. Date of Report <br><br> 06/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge ( enior) | 5. ReportType (check appropriate type) <br><br> ○ Nomination.  Date <br><br> ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period <br><br> 01/01/2004 <br> to <br> 12/31/2004 |
| 7. Chambers or Office Address <br><br> 800 Marko Street Suite 1 <br><br> Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. ( eposti g individua only; see p . 9-13 of fi ing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting i dividual only; see pp. 1 -16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 JUN 22 A 10: 58
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (N reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Tennessee Consolidated Retirement System | 50854 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for hon raria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 06/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UnimpProp (25%) Townsend, TN $137,800 | B | Rent | M | S | | | | | |
| 2. ImpProp in SC and UnimpProp in TN (50%) | C | Rent | PI | T | | | | | |
| 3. Notes for balance on #2 (partial sale of TN property) | G | Distribution | | | redemption | 6-1 | PI | | |
| 4. Bonds - Flagship Tennessee and Delaware | B | Interest | K | T | | | | | |
| 5. Stock - AT&T & Southwest Bell Telephone | B | Dividend | L | T | | | | | |
| 6. UnimpProp Monroe County, TN $247,500 | | None | M | S | | | | | |
| 7. ImpProp Happy Valley TN $29,500 | | None | K | S | | | | | |
| 8. Colonial Securities Fund | A | Dividend | J | T | | | | | |
| 9. Vodaphone Airtouch Stock | A | Dividend | J | T | | | | | |
| 10. Bell Atlantic Stock (including NYNEX Corp. and Verizon) | A | Dividend | J | T | | | | | |
| 11. Norfolk Southern Ry Stock | A | Dividend | J | T | | | | | |
| 12. SBC Communications Stock | A | Dividend | K | T | | | | | |
| 13. CBS Stock (including Viacom) | A | Dividend | J | T | | | | | |
| 14. BellSouth Stock | A | Dividend | J | T | | | | | |
| 15. Qwest Communications Stock | A | Dividend | J | T | | | | | |
| 16. Ameritec Stock | A | Dividend | J | T | | | | | |
| 17. Ford Motor Company Stock | A | Dividend | J | T | | | | | |
| 18. Lucent Stock (including Agere) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | N = $250,001-$500,000 |
| | O = $500,001-$1,000,000 | PI = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | JARVIS, JAMES H | 06/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Wyeth Stock | A | Dividend | J | T | | | | | |
| 20. | BBT Corporation Stock | A | Dividend | | | Sell | 11/22 | K | D | |
| 21. | Ryan's Steakhouse Stock | A | Dividend | J | T | | | | | |
| 22. | Citigroup Stock | A | Dividend | J | T | | | | | |
| 23. | UnimpProp Rockford TN ($100,000) | | None | M | S | | | | | |
| 24. | Avaya Stock | A | Dividend | J | T | | | | | |
| 25. | Comcast Cable Stock | A | Dividend | J | T | | | | | |
| 26. | ImpProp Walland, TN ($132,500) | D | Rent | M | S | | | | | |
| 27. | EMC Corporation Stock | A | Dividend | K | T | | | | | |
| 28. | Certificate of Deposit - Union Planters Bank | A | Interest | K | T | | | | | |
| 29. | Certificate of Deposit - BB&T Banking Corporation | A | Interest | K | T | | | | | |
| 30. | Apex Municipal Fund, Inc. | A | Interest | | | sell | 1/26 | K | A | |
| 31. | Pimco Municipal Income Fund III | A | Interest | | | sell | 12/13 | K | A | |
| 32. | Munivest Fund, Inc. | A | Interest | | | sell | 2/13 | K | A | |
| 33. | UBS PaineWebber Cash Fund | A | Interest | J | T | | | | | |
| 34. | The Income Fund of America - Class A | C | Interest | L | T | | | | | |
| 35. | Smith Barney Shearson Income Fund (X) | B | Interest | | | sell | 10/25 | L | D | |
| 36. | Liberty High Yield Securities Fund - A | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 06/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Nuveen Municipal Bond Fund | A | Interest | | | sell | 11/24 | L | B | |
| 38. American Balanced Fund - Class C | A | Interest | K | T | | | | | |
| 39. Nation City orporation-Common | A | Dividend | | | sell | 12/20 | K | C | |
| 40. Greene County Bancshares-Stock | | Dividend | | | Buy | 3/11 | K | | |
| 41. | | | | | Sell | 11/22 | K | B | |
| 42. LSB Bancshares-Stock | | Dividend | | | Buy | 3/24 | K | | |
| 43. | | | | | Sell | 11/24 | K | A | |
| 44. Merrill Lynch-Notes | | Interest | | | Buy | 7/27 | K | | |
| 45. | | | | | Sell | 12/14 | K | A | |
| 46. Regions Financial Corp-Stock | | Dividend | | | Buy | 2/4 | J | | |
| 47. | | | | | Sell | 11/22 | J | B | |
| 48. Tiers Principal-Protected Trust Certs | | Interest | | | Buy | 9/30 | M | | |
| 49. | | | | | Sell | 12/13 | M | B | |
| 50. Metro Govt Nashville & Davidson Cnty 12/2/03- Bonds | A | Interest | M | T | Buy | 11/23 | M | | |
| 51. Abbott Laboratories-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 52. Air Products & Chemicals-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 53. Amsouth Bancorp-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 54. Automatic Data Processing-Common | A | Dividend | J | T | Buy | 11/26 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 06/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. BB&T Corp-Common | A | Dividend | K | T | Buy | 11/26 | J | | |
| 56. Bank of America Corp-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 57. Baxter International Inc-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 58. Bellsouth Corp-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 59. Caterpillar Tractor-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 60. Chevron Texaco-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 61. Citigroup Inc-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 62. Conagra Foods-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 63. Conocophillips-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 64. Consolidated Edison-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 65. Dell-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 66. Dow Chemical-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 67. E I Dupont-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 68. EMC Corp-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 69. Emerson Electric-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 70. Exxon Mobil Corp-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 71. General Electric Co-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 72. H J Heinz Co-Common | A | Dividend | J | T | Buy | 11/26 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 06/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. J P Morgan Chase & Co-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 74. Johnson City TN GO SER B MBIA INS 12/29/04-Bonds | A | Interest | M | T | Buy | 12/29 | M | | |
| 75. Kimberly Clark Corp-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 76. Kingsport TN GO REF AMBAC INS 3/15/04-Bonds | B | Interest | M | T | Buy | 12/2 | M | | |
| 77. Kingsport TN GO WTR & SWR SYS MBIA 12/1/04-Bonds | A | Interest | M | T | Buy | 12/16 | M | | |
| 78. Limited Brands Inc-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 79. Marathon Oil Corp-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 80. Maury Cnty Tenn GO SCH & PUB IMPT INS 11/1/04-Bon s | A | Interest | M | T | Buy | 12/2 | M | | |
| 81. Federated Tax Free Obligations-ISS Fund #397-Interest | A | Interest | M | T | Buy | 10/28 | M | | |
| 82. Montgomery CO TN GO REF FSA INSD 6/1/03-Bonds | A | Interest | M | T | Buy | 12/21 | M | | |
| 83. Newell Rubbermaid Inc-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 84. Nisource Inc-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 85. Pitney Bowes Inc -Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 86. Putnam CNTY TN GO REF AMBAC INS 12/1/02-Bonds | A | Interest | M | T | Buy | 11/4 | M | | |
| 87. Robertson CNTY TN GO-ULT MBIA INS 2/1/04-Bon s | A | Interest | M | T | Buy | 11/29 | M | | |
| 88. ST Paul Companies Inc-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 89. Sara Lee Corp-Common | A | Dividend | J | T | Buy | 11/26 | J | | |
| 90. Southern Company-Common | A | Dividend | J | T | Buy | 11/26 | J | | |

| 1 Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $60,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | N = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 06/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Wells Fargo & Co-Common | A | Dividend | J | T | Buy | 11/26 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | P. = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _6-15-05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544